■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK P. McNAMARA, Respondent. [769 NYS2d 434]—Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered November 5, 1999, convicting defendant upon his plea of guilty of, inter alia, sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.